# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D2024-3212
LT Case No. 2024-CA-002916-A

———————————————

LAPATRA FISHER, as Personal
Representative of the Estate of
Anton Douglas,

    Appellant,

    v.

BRIDGE WF FL WESTLAND PARK,
LLC, D/B/A/ WESTLAND PARK,
BRIDGE PROPERTY
MANAGEMENT, L.C., and JOHN
DOE,

    Appellees.

———————————————

On appeal from the Circuit Court for Duval County.
Gilbert Lee Feltel, Jr., Judge.

Xanquila L. McKinnon and Ortavia D. Simon, of Simon Law
Group, P.A., Orlando, for Appellant.

Jessica Pinon and Jeffrey R. Geldens, of Lewis Brisbois Bisgaard
& Smith LLP, Coral Gables. for Appellees.

March 12, 2026

PER CURIAM.

AFFIRMED. *See Roberts v. Florida Ins. Guaranty Ass'n,* 415 So. 3d 1181, 1182-83 (Fla. 5th DCA 2025) (Plaintiff invited error by referencing a pre-suit notice in her response to a motion to dismiss, arguing the notice met all statutory requirements of section 627.70152(3), Florida Statute, and asking the trial court to approve the notice. Thus, trial court did not err when it strayed beyond four corners of complaint in reviewing the notice and dismissing case).

EISNAUGLE, SOUD, and BOATWRIGHT, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————